# EXHIBIT 3



**MEMO: Court of Master Sommeliers, Americas Membership**

October 9, 2018

Fellow Masters:

I am writing today to inform you of a very serious matter that goes to the heart of the Court of Master Sommeliers, Americas mission and our professional reputation as Master Sommeliers.

On Friday, October 5, 2018 the Board of Directors received a report from outside legal counsel that a member of the Court of Master Sommeliers, Americas disclosed confidential information pertinent to the tasting portion of the 2018 Master Sommelier Diploma Examination prior to the examination. The Board of Directors has barred the Master involved from participating in any Court of Master Sommeliers, Americas programs or events. On Monday, October 8, 2018 the Board voted unanimously to initiate the process of terminating the involved Master's membership in the Court pursuant to our bylaws.

Our honor and integrity are the best safeguards for preserving the reputation of the Court of Master Sommeliers, our members, and our industry as a whole. Maintaining the integrity of the examination process must be our highest priority, lest we risk diminishing the value of, and the respect earned from, becoming a Master Sommelier. Our credential is known throughout the hospitality industry worldwide, and it guarantees that the holder of the Master Sommelier title is among the most qualified of all wine industry professionals. A compromised examination does not provide that guarantee.

The Board of Directors also found sufficient evidence that the tasting portion of the 2018 Master Sommelier Diploma Examination was compromised by the release of detailed information concerning wines in the tasting flight. Therefore, we unanimously voted to fully void those results to protect the integrity of not only the examination process but also the reputation of the Court of Master Sommeliers and the title Master Sommelier. The Board understands the gravity of this decision and it was not made lightly. We reached this decision after many hours of careful consideration of the evidence and discussion on the impact on the Court and individual members. The Board of Directors is charged with doing what is best to promote the mission of the Court. Preserving the integrity of the Court's examinations is essential to the Court's success.

We understand this decision is a shock to those of you who recently passed this examination. By this time members of the board should have reached out to you and discussed this matter one on one. The Board of Directors recognizes the impact this decision has on you and your careers. The Court of Master Sommeliers, Americas is committed to working through the process of how to expedite the opportunity for all candidates to retake the tasting examination. We ask for your cooperation, patience and understanding as we work through the details of this process. The Board, specifically the Exam and Finance Committees, are working on a plan for a timely retake. We are committed to ensuring a fair process and addressing the time and financial impacts of this decision.

I am confident we will implement processes to maintain the integrity and rigor of our examination process moving forward, and we will be a stronger organization as a result. We will always be stronger when each of us maintains the highest standards of ethics and professional conduct in everything that we do as members of the Court of Master Sommeliers, Americas and as leaders of our industry.

We will be issuing a public statement about this matter soon. In the meantime, this remains a confidential matter within the Court of Master Sommeliers, Americas and idle speculation is best limited as it could needlessly impact the Court's reputation. My commitment is to be as transparent as possible and committed to our mission and values each step of the way throughout this process.

Please do not hesitate to reach out to me directly if you have questions or concerns.

With Gratitude,

Devon Broglie, MS
Chairman of the Board
Court of Master Sommeliers, Americas



*The Court of Master Sommeliers sets the global standard of excellence for beverage service within the hospitality industry with integrity, exemplary knowledge, and humility.*

# Court of Master Sommeliers, Americas Board of Directors Takes Unanimous Actions to Preserve Integrity of Examination Process

October 9, 2018
FOR IMMEDIATE RELEASE
CONTACT: Kathleen Lewis (707) 255-5056 x11, klewis@mastersommeliers.org (mailto:klewis@mastersommeliers.org)

Court of Master Sommeliers, Americas Board of Directors Takes Unanimous Actions to Preserve Integrity of Examination Process

NAPA, CA – The Board of Directors of the Court of Master Sommeliers, Americas unanimously voted to invalidate the results of the tasting portion of the 2018 Master Sommelier Diploma Examination for all candidates due to clear evidence that a Master breached the confidentiality with respect to the wines presented for tasting.

"Maintaining the integrity of the examination process must be our highest priority, lest we risk diminishing the value of, and the respect earned from, becoming a Master Sommelier," said Devon Broglie, MS, Chairman of the Board. "Our credential is known throughout the hospitality industry worldwide, and it guarantees that the holder of the Master Sommelier title is among the most qualified of all wine industry professionals. A compromised examination does not provide that guarantee."

The Board of Directors found sufficient evidence that the tasting portion of the 2018 Master Sommelier Diploma Examination was compromised by the release of detailed information concerning wines in the tasting flight. The Board unanimously voted to fully void those results to protect the integrity of not only the examination process but also the reputation of the Court of Master Sommeliers and the title Master Sommelier.

"We understand this decision is a shock to those who recently passed this examination, and we carefully considered the impact our decision has on our newly pinned Masters and their careers," Broglie said. "We are committed to developing an expedited process so that all eligible candidates can retake the tasting examination."

The Board of Directors has barred the Master involved from participating in any Court of Master Sommeliers, Americas programs or events and has voted unanimously to initiate the process of terminating membership pursuant to the organization's bylaws.

"Our honor and integrity are the best safeguards for preserving the reputation of the Court of Master Sommeliers, our members, and our industry as a whole," Broglie said. "Maintaining the integrity of the examination process must be our highest priority, lest we risk diminishing the value of, and the respect earned from, becoming a Master Sommelier."

ABOUT THE COURT OF MASTER SOMMELIERS, AMERICAS

The Court of Master Sommeliers was established in England in 1977 to encourage improved standards of beverage knowledge and service in hotels and restaurants. The first Master Sommelier Diploma Exam to be held in the United States was in 1987. The title Master Sommelier marks the highest recognition of wine and spirits knowledge, beverage service abilities, and professionalism in the hospitality trade. Education was then, and remains today, the Court's charter.

Case 3:22-cv-05001-LB   Document 1-3   Filed 09/01/22   Page 5 of 5

There are four stages involved in attaining the top qualifications of Master Sommelier: 1) Introductory Sommelier Examination; 2) Certified Sommelier Examination; 3) Advanced Sommelier Examination; and 4) Master Sommelier Diploma Examination. For more information, please visit www.mastersommeliers.org (http://www.mastersommeliers.org).

###

"The Court of Master Sommeliers sets the global standard of excellence for beverage service within the hospitality industry with integrity, exemplary knowledge, and humility."

Home (/)    |    About (/about)    |    In-Person Programs (/courses)    |    Online Programs (/online-learning)    |    Resources (/resources)    |    Privacy Policy (/privacy-policy)    |    Contact (/contact)