# EXHIBIT 4



Greg Van Wagner <

## Next Steps for 54 Candidates from September MSE
3 messages

**Kathleen Lewis** <                                               Thu, Oct 11, 2018 at 12:36 AM
To: "



October 10, 2018

Dear Gregory,

Yesterday was a tough day for everyone in the Court of Master Sommeliers, but especially for those of you that passed the tasting portion of the exam in September. I can only imagine how difficult it was to learn that something you worked so hard for was tainted by the actions of a single individual. The Board of Directors has begun the formal process of terminating this Master's membership in the Court as defined by our Bylaws  I know that is of little consolation, but I wanted you to know that the responsible party is facing the highest penalty we can assess.

Looking forward, this morning the Board unanimously decided the following:

- To refund all fees collected for the tasting portion of the 2018 Master Sommelier Diploma Exam;
- To hold two retesting opportunities, one before the end of this year and another during the spring or early summer of 2019. You will have the option to choose either retesting opportunity, or you may elect to take your retest as part of the regularly scheduled examination program in 2019;
- To waive the examination fee for the retest, and;
- To offer appropriate travel cost assistance to the exam site you choose.

The Exam and Finance Committees are working on the specific site and logistic details. We ask for your patience while we work through those details.

A feature of our bylaws and California law requires we initiate a 30-day process to suspend the memberships of the 23 candidates who achieved the title Master Sommelier based on the results of the invalidated 2018 tasting examination pending the results of the retest.  We know this is hard, but upon completion of the suspension process, which we will be communicating details of shortly, we will ask that you no longer use the Master Sommelier title and pin pending the results of your chosen retest.

As outlined above, candidates will have three dates to choose from to retest the tasting component. Upon successful completion of all components, candidates will be eligible to full membership into the Court of Master Sommeliers. The Board has consistently decided to reinforce the integrity of the examination process and the Court of Master Sommeliers, Americas  In doing so we have been forced to make painful decisions with consequences that are bitter to swallow. We again ask for your patience and cooperation as we work to make this right.

There are no words I can say that will take away the disappointment and anger you are likely feeling. I and my fellow Board members are also disappointed and angry, not only because one Master's actions have undermined the hard work and dedication of so many, but also because we know how heartbreaking our decision is for you and other candidates   We trust you will understand we are taking this course of action to make the organization stronger and ensure the full faith and value of the title Master Sommelier. Thank you for your feedback and patience throughout this process.

With Gratitude,



Devon Broglie, MS

Chairman of the Board

Court of Master Sommeliers, Americas



*The Court of Master Sommeliers sets the global standard of excellence for beverage service within the hospitality industry with integrity, exemplary knowledge, and humility.*

# Court of Master Sommeliers, Americas Board of Directors Establishes Parameters for Retests for Candidates Affected by Voided Exam

October 10, 2018
FOR IMMEDIATE RELEASE
CONTACT: Kathleen Lewis (707) 255-5056 x11, klewis@mastersommeliers.org (mailto:klewis@mastersommeliers.org)

Court of Master Sommeliers, Americas Board of Directors Establishes Parameters for Retests for Candidates Affected by Voided Exam

Following its decision to void the tasting portion of the 2018 Master Sommeliers Diploma Examination, the Board of Directors for the Court of Master Sommeliers, Americas unanimously decided it would:

• Refund all fees collected for the tasting portion of the 2018 Master Sommelier Diploma Exam;
• Hold two retesting opportunities, one before the end of this year and another during the spring or early summer of 2019. Candidates may choose either retest opportunity or may elect to take the retest during the regularly scheduled examination program in 2019;
• Waive the examination fee for the retest; and
• Offer appropriate travel cost assistance for the retest.

The Exam and Finance Committees are working on the specific site and logistical details. All 54 candidates who participated in the tasting portion of the exam will have the opportunity to take a retest.

"Yesterday was a tough day for everyone in the Court of Master Sommeliers, but especially for those who passed the voided tasting examination in September. There are no words I can say that will take away the disappointment and anger that our candidates are feeling today," said Devon Broglie, MS, Chairman of the Board. "I can only imagine how hard it hit everyone to learn that something they worked so hard for was tainted by the actions of a single individual. We ask for patience as we work through the details of giving our candidates a choice of when and where they will take their retests."

Earlier this week, the Board of Directors of the Court of Master Sommeliers, Americas unanimously voted to invalidate the results of the tasting portion of the 2018 Master Sommelier Diploma Examination for all 54 candidates, including the 23 that passed the tasting and therefore earn the title of Master Sommelier, due to clear evidence that a Master breached the confidentiality with respect to the wines presented for tasting. The Board of Directors has barred the Master involved from participating in any Court of Master Sommeliers, Americas programs or events and has voted unanimously to initiate the process of terminating membership pursuant to the organization's bylaws.

"This is a difficult but required process," Broglie said. "The Board has consistently made decisions to reinforce the integrity of the examination process and uphold the reputation of the Court of Master Sommeliers and the honor of the Master Sommelier title. These decisions have been painful. They come with consequences that are difficult to swallow, but ultimately these decisions are in the best interest of the Court, its members and our industry."

ABOUT THE COURT OF MASTER SOMMELIERS, AMERICAS

The Court of Master Sommeliers was established in England in 1977 to encourage improved standards of beverage knowledge and service in hotels and restaurants. The first Master Sommelier Diploma Exam to be held in the United States was in 1987. The title Master Sommelier marks the highest recognition of wine and spirits knowledge, beverage service abilities, and professionalism in the hospitality trade. Education was then, and remains today, the Court's charter.

There are four stages involved in attaining the top qualifications of Master Sommelier: 1) Introductory Sommelier Examination; 2) Certified Sommelier Examination; 3) Advanced Sommelier Examination; and 4) Master Sommelier Diploma Examination. For more information, please visit www.mastersommeliers.org (http://www.mastersommeliers.org).

###

"The Court of Master Sommeliers sets the global standard of excellence for beverage service within the hospitality industry with integrity, exemplary knowledge, and humility."

Home (/)    |    About (/about)    |    In-Person Programs (/courses)    |    Online Programs (/online-learning)    |    Resources (/resources)    |    Privacy Policy (/privacy-policy)    |    Contact (/contact)



