# EXHIBIT 9

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,384,665
Registered Sep. 12, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



COURT OF MASTER SOMMELIERS, AMERICAN CHAPTER (CALIFORNIA NONPROFIT MUTUAL BENEFIT CORPORATION)
1200 JEFFERSON STREET
NAPA, CA 94559

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING LECTURE AND DEMONSTRATION COURSES IN THE FIELDS OF WINE AND EVALUATION, SELECTION, AND SERVICE OF WINE, DISTILLED SPIRITS, LIQUERS, AND CIGARS BY WINE STEWARDS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1987; IN COMMERCE 12-31-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MASTER SOMMELIER", APART FROM THE MARK AS SHOWN.

SER. NO. 75-539,841, FILED 8-20-1998.

BARBARA RUTLAND, EXAMINING ATTORNEY



**United States of America**
**United States Patent and Trademark Office**

# MASTER SOMMELIER

**Reg. No. 4,473,561**
**Registered Jan. 28, 2014**
**CERTIFICATION MARK**
**PRINCIPAL REGISTER**

COURT OF MASTER SOMMELIERS, AMERICAS (CALIFORNIA NON-PROFIT MUTUAL BENEFIT CORPORATION)
PO BOX 6170, 4306 KINGSFORD DRIVE
NAPA, CA 945581855

FOR: SOMMELIER SERVICES, NAMELY, PROVIDING ADVICE ON WINE AND WINE AND FOOD PAIRING, IN CLASS B (U.S. CL. B).

FIRST USE 3-0-1987; IN COMMERCE 3-0-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,384,665 AND 2,384,781.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SOMMELIER", APART FROM THE MARK AS SHOWN.

THE CERTIFICATION MARK, AS USED BY PERSONS AUTHORIZED BY THE CERTIFIER, CERTIFIES THAT THE SERVICES PROVIDED HAVE BEEN PERFORMED BY INDIVIDUALS HAVING COMPLETED THE EDUCATIONAL PROGRAMS OR COURSES, AND PASSED AN EXAMINATION AS DETERMINED BY THE CERTIFIER'S OBJECTIVE METRICS FOR SOMMELIER PAIRINGS.

SEC. 2(F).

SER. NO. 85-773,147, FILED 11-6-2012.

BERNICE MIDDLETON, EXAMINING ATTORNEY



Deputy Director of the United States
  Patent and Trademark Office