**VAN WAGNER ET AL v CMS-A – SEARCH TERM CHART**

| Proposed Term | Agree Y/N | Plaintiffs' Position | Defendant's Position | Court Order (Y/N) |
|---|---|---|---|---|
| Youngs | Y | Mr. Narito's employer, Young's Market, who is believed to have offered to provide CMS with Mr. Narito's emails. | Agree. | |
| Youngsmarket | Y | Mr. Narito's employer, Young's Market, who is believed to have offered to provide CMS with Mr. Narito's emails. "Youngsmarket" is the email extension for Mr. Nartio's email address. It is relevant. | Agree. | |
| Julie Dalton | N | Ms. Dalton is one of the individuals who received Mr. Narito's email in this case. Mention of her name in the relevant time period would be relevant.<br><br>Plaintiff Agrees to limit time period from 2018 until completion of the review of the investigation (through 2022)<br><br>Dalton + 2018 + Exam for 2018-present | Active member that teaches 15 courses per year. Must be limited to 2018 Wine Tasting Exam or at least 2018 to 2020 time period. | Yes through 2022 ("YT22") |
| Robert Ord | Y | Mr. Ord is one of the individuals who received Mr. Narito's email in this case. Mention of his name in the relevant time period would be relevant. Also, Mr. Ord sent letters to CMS regarding the Exam and a lawsuit. | Agree. | |
| Elton Nichols | Y | Mr. Nichols is one of the individuals who received Mr. Narito's email in this case. Mention of his name in the relevant time period would be relevant. | Agree. | |
| Troy Smith | Y | Mr. Smith is one of the individuals who is believed to have received Mr. Narito's email in this case. Mention of his name in the relevant time period would be relevant. | Agree. | |
| Investigation + Exam | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | YT22 |
| Investigate + Exam | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | YT22 |

VAN WAGNER ET AL v CMS ET AL - SEARCH TERM CHART 02-17-26(112951571.1) (002) - 2/18/2026 9:33 AM

*VAN WAGNER ET AL v CMS-A* – SEARCH TERM CHART

| Proposed Term | Agree Y/N | Plaintiffs' Position | Defendant's Position | Court Order (Y/N) |
|---|---|---|---|---|
| Invalidation | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | YT22 |
| Invalidate | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | YT22 |
| Richard Betts | N | Mr. Betts was in active communication with CMS about the investigation; this term in the context of the time period is likely to produce only relevant hits.<br><br>Mr. Betts is not an active member. Agree to limit relevant time through 2022 | Disagree. Active member involved in with exams and programs and logistics. Must be limited to 2018 Wine Tasting Exam or a period 2018 to 2020. | YT22 |
| Bobby Stuckey | N | Mr. Stuckey was in active communication with CMS about the investigation; this term in the context of the time period is likely to produce only relevant hits.<br>Agree to limit relevant time through 2022 | Disagree. Active member involved in with exams and programs and logistics. Must be limited to 2018 Wine Tasting Exam or a period 2018 to 2020. | YT22 |
| Jay Fletcher | N | Mr. Fletcher was in active communication with CMS about the investigation; this term in the context of the time period is likely to produce only relevant hits.<br>Agree to limit relevant time through 2022 | Disagree. Active member involved in with exams and programs and logistics. Must be limited to 2018 Wine Tasting Exam or a period 2018 to 2020. | YT22 |
| Dustin Wilson | N | Mr. Wilson was in active communication with CMS about the investigation; this term in the context of the time period is likely to produce only relevant hits.<br>Agree to limit relevant time through 2022 | Disagree. Active member involved in with exams and programs and logistics. Must be limited to 2018 Wine Tasting Exam or a period 2018 to 2020. | YT22 |
| Andrea Robinson | N | Ms. Robinson was in active communication with CMS about the investigation; this term in the context of the time period is likely to produce only relevant hits.<br>Agree to limit relevant time through 2022 | Disagree. Active member involved in with exams and programs and logistics. Must be limited to 2018 Wine Tasting Exam or a period 2018 to 2020. | YT22 |

*VAN WAGNER ET AL v CMS-A* – **SEARCH TERM CHART**

| Proposed Term | Agree Y/N | Plaintiffs' Position | Defendant's Position | Court Order (Y/N) |
|---|---|---|---|---|
| Tasting + narito | Y | This term in the context of the time period is likely to produce only relevant hits. | Agree. | |
| Png | Y/N | "png" was in the key email in this case and documents containing it will be relevant. CMS/ its IT provider can exclude file extensions from its searching. | To the extent that file extensions can be excluded, the Agree. If not, disagree. | Yes if file extensions can be excluded |
| Cdp | Y | "cdp" was in the key email in this case and documents containing it will be relevant. | Agree. | |
| Narito | Y | Was defendant in this case, any information containing his name is relevant. | Agree. | |
| Dan Pilkey | Y | Plaintiff in this case, any information containing his name is relevant. | Agree. | |
| Peter Bothwell | Y | Plaintiff in this case, any information containing his name is relevant. | Agree. | |
| Greg Van Wagner | Y | Plaintiff in this case, any information containing his name is relevant. | Agree. | |
| Allegation(s) + exam | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | YT22 |
| Litigation + Exam | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | YT22 |
| Jfletch + exam | Y | This term in the context of the time period is likely to produce only relevant hits. | Agree. | |
| Decision + exam | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | YT22 |
| Hearing + exam | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier | YT22 |

*VAN WAGNER ET AL v CMS-A* – **SEARCH TERM CHART**

| Proposed Term | Agree Y/N | Plaintiffs' Position | Defendant's Position | Court Order (Y/N) |
|---|---|---|---|---|
| | | | exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | |
| Ethics | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | No |
| 2018 examination | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. CMS conducts more than 100 exams per year and receives numerous emails per exam worldwide. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 MS tasting exam. | YT22 |
| Tasting portion + 2018 | Y | This term in the context of the time period is likely to produce only relevant hits. | Agree. | |
| Misconduct | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The term should be excluded or otherwise be limited to alleged allegations of the 2nd Amended Complaint such as communications related to alleged sexual misconduct by the former board members during 2018 time period when the decision to investigate or invalidate was being made. Alleged misconduct that occurred after the decision would not be relevant and would waste time and money and potentially lead to withholding countless documents. Members that were not involved in the investigation should not be involved. | No |
| Member conduct + exam | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. This should not be a search term. It does not make sense and is not relevant. Further, The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam, if not excluded. | YT22 |

*VAN WAGNER ET AL v CMS-A* – **SEARCH TERM CHART**

| Proposed Term | Agree Y/N | Plaintiffs' Position | Defendant's Position | Court Order (Y/N) |
|---|---|---|---|---|
| Suspension | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | YT22 |
| Expulsion | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The term should be excluded. Plaintiffs were never expelled from anything. To the extent used it should be limited to 2018 wine tasting portion of the exam. | No |
| Kith | N | Kith was CMS' PR firm hired only for the 2018 Exam issue; this term in the context of the time period is likely to produce only relevant hits. | Disagree. Kith is a PR firm that has already been subpoenaed. In any event, to the extent the term is not excluded, the time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | YT22 |
| Coletti | N | Bill Coletti worked for Kith (the PR firm) and was only involved in the 2018 Exam issue; this term in the context of the time period is likely to produce only relevant hits. | Disagree. Kith is a PR firm that has already been subpoenaed. In any event, to the extent the term is not excluded, the time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | YT22 |
| Audit + exam | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The term does not make sense. There was no audit at issue in this matter. To the extent the term is not excluded, the time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. CMS conducts over a 100 exams per year which are audited. | No |
| Committee + exam | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The term does not make sense. There was a special committee in 2018 that was involved in investigating the exam. To the extent not excluded then the term should be limited to special committee and 2018 wine tasting portion of the exam. | YT22 |
| Re-test | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. Plaintiffs' re-testing of the exam is not at issue. Further, Plaintiff's names are already be searched. The term should be excluded. | No |

VAN WAGNER ET AL v CMS ET AL - SEARCH TERM CHART 02-17-26(112951571.1) (002) - 2/18/2026 9:33 AM

*VAN WAGNER ET AL v CMS-A* – **SEARCH TERM CHART**

| Proposed Term | Agree Y/N | Plaintiffs' Position | Defendant's Position | Court Order (Y/N) |
|---|---|---|---|---|
| Tasting + 2018 | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The term should be limited to MS exam. | YT22 |
| Due process | N | This term in the context of the time period is likely to produce only relevant hits. | Disagree. The time-period is roughly 8 years. The subject matter is limited to the tasting portion of the master sommelier exam. This will result in an excessive amount of irrelevant hits and cause delays. The term should be limited to 2018 tasting exam. | No |
| 2018 Tasting Master Sommelier Exam | Y | | Defendant contends that in order to search for, review and produce documents in less than two weeks which is not the time typically allowed for a document production, the following search terms should be the only search terms used. Defendant again requests that CMS be allowed to conduct it own searches. | |
| 2018 Tasting Master Sommelier Exam Board Minutes | Y | | See Above. | |
| 2018 Tasting Master Sommelier Exam Invalidation | Y | | See Above. | |
| 2018 Tasting Master Sommelier Exam Notice to Candidates of Invalidation | Y | | See Above. | |
| 2018 Tasting Master Sommelier Exam Wine Tasting Investigation | Y | | See Above. | |
| 2018 Tasting Master Sommelier Exam Hearing | Y | | See Above. | |

*VAN WAGNER ET AL v CMS-A* – **SEARCH TERM CHART**