Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY VAN WAGNER, an individual, DANIEL PILKEY, an individual, PETER BOTHWELL, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>COURT OF MASTER SOMMELIERS, AMERICAS, a California nonprofit mutual benefit corporation; DEVON BROGLIE; MATT STAMP; PETER GRANOFF; CRAIG COLLINS; STEVE POE; ERIC ENTRIKIN; THOMAS PRICE; LAURA WILLIAMSON; VIRGINIA PHILIP; SCOTT CARNEY; RANDY BERTAO; CAMERON DOUGLAS; BRETT DAVIS; RON EDWARDS; and REGGIE NARITO, <br><br>Defendants. | CASE NO.  3:22-cv-05001-EMC <br><br>*[Hon. Edward M. Chen, Courtroom 5]* <br><br>**ORDER** <br><br>Complaint Filed:  September 1, 2022 <br>SAC Filed: January 25, 2024 |

-1-

ORDER

Pursuant to the Stipulation of the Parties the Court grants the Parties request to extend the deadline to complete the meet and confer process regarding the search terms. The new deadline to complete the conferral and file either a notice of agreement or joint letter brief is hereby extended until April 24, 2026

Dated: Apil 17, 2026

Hon. Judge Thomas S. Hixson

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

-2-

ORDER                                                    3:22-cv-05001-EMC