UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY VAN WAGNER, et al.,

          Plaintiffs,

     v.

COURT OF MASTER SOMMELIERS, AMERICAS,

          Defendant.

Case No.  22-cv-05001-EMC   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 157

With respect to the search term dispute (ECF No. 157), the Court **ORDERS** that Defendant's proposal is adopted, except that (1) Defendant must check the spelling of "Colleti," which Plaintiffs think is spelled "Coleti"; and (2) for each of the eighteen modified search terms Defendant proposes (ECF No. 157, last page) that contain "+2018 Exam," that term must be changed to "+Exam +2018."

The Court **ORDERS** the parties to file a discovery status report every fourteen days until the close of fact discovery.  Their first status report is due 14 days from today.

     **IT IS SO ORDERED.**

Dated: May 22, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California